1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8  ROBERT HUTCHINS,                          )
9                         Plaintiff,          )         Case No.  2:12-cv-01063-KJD-GWF
                                              )
10  vs.                                       )         **ORDER**
                                              )
11  FIRST NATIONAL COLLECTION BUREAU,         )
    INC.,                                     )
12                                            )
                          Defendant.          )
13  _____ )

14         This matter is before the Court on the Notice of Settlement (#5) filed August 1, 2012, wherein

15  the parties advised the court that this matter had been settled, and that the parties were in the process of

16  finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

17         **IT IS ORDERED** counsel for the parties shall file a status report by **October 25, 2012** advising

18  the Court of the status of the settlement.

19         DATED this 18th day of October, 2012.

20
21
22         GEORGE FOLEY, JR.
           United States Magistrate Judge
23
24
25
26
27
28